

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL RODRIGO VASQUEZ,<br><br>Defendant. | Case No. 2:19-CR-00272-CJC-4<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On July 7, 2021, Defendant Gabriel Rodrigo Vasquez ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:19-CR-00272-CJC-4. The Court appointed Anthony M. Solis of the CJA Panel to represent Defendant, but on this date, Defendant was represented by Oliver Cleary through special appearance.

///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- No bail resources;
- No stable residence;
- Unknown substance abuse history;
- Noncompliance with the Probation Office;
- New criminal convictions while on supervised release;
- History of warrants;
- Ties outside of the Central District of California.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Nature of alleged offense;
- Criminal history;
- Unknown substance abuse history;
- Prior supervised release violation.

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: July 7, 2021

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE